AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:** 23-8187MB | **Date and time warrant executed:** 04/19/2023 at 11:31 AM | **Copy of warrant and inventory left with:** Postal Case File |
| **Inventory made in the presence of:** Postal Inspectors R. Firkin and B. Hess | | **USPS Tracking Number:** EI463439678US |

**Inventory of the property taken and name of any person(s) seized:**
Express Mail parcel bearing Tracking No. EI463439678US contained:

parcel packaging material consisting of wrapping paper, cellophane wrap, plastic container, and a box for trash bags and suspected marijuana (green leafy substance) weighing approximately 128.1 gross grams in a clear vacuum sealed bag.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/20/2023

*Executing officer's signature*

Digitally signed by David M. Stevens
Date: 2023.04.20 15:01:18 -07'00'

Postal Inspector David Stevens
*Printed name and title*